MALCOLM S. SEGAL (SBN 075481)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA 95814
Telephone: (916) 441-0886
Facsimile: (916) 475-1231
Email: msegal@segal-pc.com

WILLIAM J. PORTANOVA (SBN 106193)
**LAW OFFICES OF WILLIAM J. PORTANOVA**
400 Capitol Mall, Suite 1100
Sacramento, CA 95814-4434
Phone: (916) 444-7900
Fax: (916) 444-7998
Email: portanova@thelawoffices.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MIGUEL DE SANZ, JOHN SHIELLS,<br><br>Defendants. | CASE NO: 14-CR-00581-JST-01 & 02<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING ARRAIGNMENT**<br><br>Date: December 9, 2014<br>Time: 9:30 a.m.<br>Ctrm: "4"<br>Magistrate: Hon. Kandice A. Westmore |

The parties stipulate that the arraignment originally scheduled for December 8, 2014 at 9:30 a.m. for the above-named defendants is hereby continued to December 9, 2014 at 9:30 a.m., at the request of defense counsel to accommodate travel.

1
Stipulation and [Proposed] Order Continuing Arraignment

**IT IS SO STIPULATED:**

        **SEGAL & ASSOCIATES, PC**

Dated: November 26, 2014    By:  /s/_____
        MALCOLM SEGAL
        Attorneys for Defendant
        MIGUEL DE SANZ

        **LAW OFFICES OF WILLIAM J. PORTANOVA**

Dated: November 26, 2014    By:  /s/_____
        WILLIAM J. PORTANOVA
        Attorneys for Defendant
        JOHN SHIELLS

Dated: November 26, 2014    By:  /s/_____
        DAVID J. WARD, Trial Attorney
        United States Department of Justice
        Antitrust Division

## **ORDER**

For the reason stated above, the Court continues the date for arraignment from December 8, 2014 until December 9, 2014 at 9:30 a.m.

**SO ORDERED.**

DATED: November 26, 2014    _____
        HONORABLE KANDIS A. WESTMORE
        United States District Court Magistrate