UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br>JOHN SHIELLS,<br>    Defendant. | Case No. 14-cr-00581-PJH-1<br><br>**ORDER SETTING DEADLINE TO RESPOND TO REQUEST TO REDIRECT RESTITUTION PAYMENTS**<br><br>Re: Dkt. No. 70 |

Before the court is the request of David W. Corkrum, for transfer of a restitution payment in the amount of $1,160.00 made to Paul D. Lysaght, who is deceased, to Mr. Corkrum as the successor in interest. Doc. no. 70. *See* doc. no. 65 and 65-1 (Dec. 11, 2017 Judgment and Attachment). Mr. Corkrum has submitted documents in support of his request, including a death certificate indicating that Mr. Lysaght passed away on September 1, 2013. Doc. no. 70.

The court ORDERS the government to respond to Mr. Corkrum's request, addressing the assignability of the restitution payment and the sufficiency of his request, by July 12, 2018. Defendant may file a response or statement of non-opposition to Mr. Corkrum's request and to the government's response by July 19, 2018. The parties are directed to mail serve a copy of their responses to Mr. Corkrum.

**IT IS SO ORDERED.**

Dated: June 28, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge